1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
2  JOHN GLUGOSKI (Cal. State Bar No 191551)
   MICHAEL RIGHETTI (Cal. State Bar No. 258541)
3  RIGHETTI GLUGOSKI, P.C.
   456 Montgomery Street, Suite 1400
4  San Francisco, California  94104
   Telephone: (415) 983-0900
5  Facsimile: (415) 397-9005
6  mike@righettilaw.com

7  Attorney for Plaintiff
   Marine Bargas
8
   JEFFREY D. WOHL (Cal. State Bar No. 096838)
9  JUSTIN M. SCOTT (Cal. State Bar No. 302502)
   PAUL HASTINGS LLP
10 55 Second Street, 24th Floor
   San Francisco, California  94105-3441
11 Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
12 jeffwohl@paulhastings.com
13 justinscott@paulhastings.com

14 Attorneys for Defendant
15 Rite Aid Corporation

16

17                UNITED STATES DISTRICT COURT

18               CENTRAL DISTRICT OF CALIFORNIA

19

20 MARINE BARGAS,                      No. 2:13-cv-03865-MWF-(JEMx)

21            Plaintiff,               [~~PROPOSED~~] ORDER ON
                                       STIPULATED PROTECTIVE
22      vs.                            ORDER

23 RITE AID CORPORATION, and
   DOES 1 through 50, inclusive,       Judge:    Hon. Michael W. Fitzgerald
24
25            Defendants.

26

27

28

1         Pursuant to Stipulation, it is so Ordered that the Parties are bound by the

2    Stipulated Protective Order.

3

4      Dated:  April 13, 2016.

5    _____

6                  United States District Judge

              Hon. Michael W. Fitzgerald

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 85187266.1