JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINE BARGAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendant. | Case No. CV 13-03865- MWF (JEMx)<br><br>**JUDGMENT AFTER TRIAL** |

Following a trial to the Court, the Court entered its Findings of Fact and Conclusions of Law. (Docket No. 144). Consistent with the Findings of Fact and Conclusions of Law, and pursuant to Rules 54(a) and 58(b)(1)(C) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment on the merits be entered as follows:

　　1. On Plaintiff's Claim for unpaid overtime wages: Plaintiff is awarded $8,349.56 in damages for unpaid overtime wages. The Court additionally

        awards Plaintiff $3,875.03 in prejudgment interest pursuant to California Civil Code section 3289. Judgment in the total sum of $12,224.59 against Defendant Rite Aid Corporation and in favor of Plaintiff Marine Bargas.

2. On Plaintiff's Claim for failure to provide meal periods and rest breaks: Judgment in the sum of $1,297.24 in restitution for unpaid meal and rest break premiums is entered against Defendant Rite Aid Corporation, and in favor of Plaintiff Marine Bargas.

3. On Plaintiff's Claim for failure to pay timely wages: Judgment is entered in favor of Defendant Rite Aid, and Plaintiff shall take nothing.

4. The total judgment entered against Defendant Rite Aid Corporation is $13,521.83.

Plaintiff is awarded her costs as provided by law.

Dated: March 27, 2017.

*[signature]*

MICHAEL W. FITZGERALD
United States District Judge